**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHRISTOPHER TERITO * | |
| PLAINTIFF * | |
| * | CIVIL ACTION NO. |
| VS. * | |
| * | |
| NCO FINANCIAL SYSTEMS, INC., * | COMPLAINT AND DEMAND |
| NCO PORTFOLIO MANAGEMENT, INC., * | FOR A JURY TRIAL |
| AND DARRELL R. HASTINGS * | |
| DEFENDANTS * | |

**COMPLAINT**

**I. INTRODUCTION**

1.   Plaintiff Christopher Terito brings this action against defendants NCO Financial Systems, Inc., NCO Portfolio Management, Inc., and Darrell R. Hastings for their violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices for filing an arbitration proceeding against plaintiff on a prescribed debt.

**II. JURISDICTION**

2.   Jurisdiction of this court arises under 15 U.S.C. § 1692k, and 28 U.S.C. §§ 1331 and 1337.

**III. PARTIES**

3.   Plaintiff, Christopher Terito ("plaintiff"), is a natural person above the age of majority whose mailing address is 2037 East Asphodel Street, Gonzales, Louisiana 70737, in Ascension Parish.

4.   Defendant, NCO Financial Systems, Inc. (hereinafter referred to as "NCO

Financial") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Boulevard, Baton Rouge, LA 70808.  NCO Financial, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5. Defendant, NCO Portfolio Management, Inc. (hereinafter referred to as "NCO Portfolio") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Delaware is NCO Funding, Inc., 1201 Market Street, Suite 800, Wilmington, DE 19801.  NCO Portfolio, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

6. Defendant, Darrell Hastings is a Maryland attorney who is licensed to practice law in Maryland (hereinafter referred to as "Hastings").  Hastings, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

7. On or about March 10, 2008, defendant Hastings initiated arbitration proceedings on behalf of defendants NCO Financial and NCO Portfolio against plaintiff for sums allegedly due on a credit card account once issued through MBNA America Bank, N.A.

8. This credit card account was in the name of Christopher Terito and was primarily for personal, family or household purposes only.

9. At the time the arbitration proceedings were initiated against plaintiff, there had been no payments or charges on this account for over three years, therefore it was prescribed under Louisiana law.

## FAIR DEBT COLLECTION PRACTICES ACT

10. Defendants violated numerous provisions of the FDCPA including but not limited to sections 1692e and 1692f.

11. Plaintiff has suffered actual damages and injury, including, but not limited to, the costs of Christopher Terito's defense of the arbitration proceeding for this account, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which he should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that judgment be entered against the defendants NCO Financial Systems, Inc., NCO Portfolio Management, Inc., and Darrell R. Hastings for:

(a) actual damages from each defendant;

(b) additional damages from each defendant;

(c) attorney's fees from each defendant;

(d) costs from each defendant; and

(e) for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com